BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his Guardian ad litem, GUY FISCHER, Individually and on Behalf of Z.F. and RICHARD CARILLO,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, PRINCIPAL DAVID INNS, K.D. a minor, M.H. a minor, W.L. a minor, B.R. a minor and Does 1 through 20, inclusive,<br><br>    Defendants. | NO: 2:07-CV-02780-WBS-GGH<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM WITH ORDER**<br><br>Jury Trial Demanded |

Z.W. a minor hereby Petitions this court to appoint Judith Clark, attorney at law, as his guardian ad litem, in the above captioned case. The following declaration of counsel is offered in support of this petition.

**DECLARATION**

I, BRUCE W. NICKERSON, state:

1. I am an attorney at law licensed to practice in all the court of the state of California and in the Eastern District of California. I represent the minor Plaintiff Z.F.

2. Judith Clark is an attorney at law who has been appointed by the Yolo Superior Court to represent the minor Z.F during family law proceedings involving the minor's father and mother.

3. Ms. Clark has participated in settlement negotiations and is willing to act as guardian ad litem.

4. Guy Fischer, the minor's father, has also participated in settlement negotiations. He approves of the appointment of Ms. Clark to be his son's guardian ad litem.

5. This case is close to settlement. I filed the complaint to preserve the statute of limitations.

6. I believe, and on the basis of that belief allege, that appointment of Judith Clark as guardian ad litem will further the likelihood of this case settling in the near future.

I declare under penalty of perjury according to the laws of the state of Californias that the above is true and correct an d that this declaration was signed by me this 22nd day of February, 2008 in San Carlos, California.

                                        ss <u>Bruce W. Nickerson</u>

<u>///</u>

ORDER

**Good cause there appearing, it is hereby Ordered** that Judith Clark be appointed guardian ad litem for the minor Plaintiff Z.F. in the above captioned action.

Dated:  March 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE