1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                                 ----oo0oo----

11

12   Z.F, a minor, by and through
     his guardian ad litem, GUY
13   FISCHER, individually and
     on behalf of Z.F. and RICHARD
14   CARILLO,
                                          NO. Civ. 07-02780 WBS GGH
15              Plaintiffs,

16        v.                              ORDER RE: REFERRAL OF
                                          SETTLEMENT CONFERENCE
17
     DAVIS JOINT UNIFIED SCHOOL
18   DISTRICT, PRINCIPAL DAVID INNS,
     K.D. a minor, M.H. a minor, W.L.
19   a minor, B.R. a minor and
     Does 1 through 20, inclusive,
20
                Defendants.
21
                                   ----oo0oo----
22
              At the June 23, 2008 status conference, the parties
23
     consented to an early settlement conference before Magistrate
24
     Judge Gregory G. Hollows on a date to be determined.
25
              IT IS THEREFORE ORDERED that:
26
              (1)  This case is referred to the assigned magistrate
27
     judge for the purpose of conducting an early settlement
28

                                      1

1 | conference between the parties; and

2 |         (2) Notwithstanding the local rules, all discovery

3 | motions in this case shall be noticed for hearing on five court

4 | days notice before the undersigned judge.  The provisions of

5 | Local Rule 37-251 shall not apply.  All such motions shall be no

6 | more than five pages in length.  All opposition to such motions

7 | shall be oral.  Pursuant to Federal Rule of Civil Procedure

8 | 37(a)(4), the parties should presume that the court will award

9 | attorneys' fees and costs to the prevailing party.  Counsel

10 | desiring to make such a motion shall obtain the time and date of

11 | the hearing by calling Deputy Clerk Karen Kirksey Smith at (916)

12 | 930-4234;

13 |         (3) This matter is set for further Status (Pretrial

14 | Scheduling) Conference on September 8, 2008, at 2 p.m.  If the

15 | case has not been finally settled by that date, counsel shall

16 | submit their status reports prior to the conference, pursuant to

17 | the applicable Local Rules.

18 | DATED:  June 25, 2008

19 |

20 | WILLIAM B. SHUBB

21 | UNITED STATES DISTRICT JUDGE

22 |

23 |

24 |

25 |

26 |

27 |

28 |