BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his Guardian ad litem, GUY FISCHER, Individually and on Behalf of Z.F. and RICHARD CARILLO,<br><br>　　Plaintiffs,<br><br>vs.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, PRINCIPAL DAVID INNS, K.D. a minor, M.H. a minor, W.L. a minor, B.R. a minor and Does 1 through 20, inclusive,<br><br>　　Defendants. | NO: 2:07-CV-02780-WBS-GGH<br><br>**NOTICE OF SETTLEMENT OF ATTORNEY FEE DISPUTE AND ~~PROPOSED~~ ORDER**<br><br>Jury Trial Demanded<br><br>Date: MARCH 16, 2009<br>Time: 2:00 p.m.<br>Courtroom 5 |

　　This notice is to inform the court that the sole remaining issue in this case, the amount of attorney fees which should be awarded to Bruce W. Nickerson, has been resolved. The parties have agreed that the amount shall be seven thousand five hundred dollars ($7,500.00) which is 25% of the settlement amount of $30,000.00. Attached as exhibit A is an e-mail from Judith Clark, Guardian Ad Litem for the minor child. The e-mail message states that the minor's father, Guy Fischer, agrees with this amount.

　　Therefore, unless the court takes issue with this amount, the hearing set for March 16, 2009 appears unnecessary.

Dated: March 13, 2009                    ss <u>Bruce W. Nickerson</u>
                                            Counsel for Plaintiff

**ORDER**

**Good cause there appearing, and it being agreed by all parties,** the compensation for Plaintiff's Attorney Bruce W. Nickerson shall be seven thousand five hundred dollars, ($7,500.00). The Guardian Ad Litem, Judith Clark, is hereby directed to issue to Mr. Nickerson a check from her trust account in that amount.

Dated:  March 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE