BRUCE A. KILDAY, ESQ., SB No. 066415
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant,
DAVIS JOINT UNIFIED SCHOOL DISTRICT

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 2:07-CV-02780-WBS-GGH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER** |

The parties, through their respective counsel, and pursuant to the Order of the Court approving the Compromise of the Minor's Claim (filed April 3, 2009 and listed as Document No. 34 in the Court's docket) hereby stipulate that this action shall be dismissed with prejudice in its entirety and as to all parties and all claims. The parties further agree that each party is to bear its own costs, including attorney's fees.

Dated: April 24, 2009

                             */s/ Bruce W. Nickerson*
                   By:_____
                       BRUCE W. NICKERSON
                       Attorney for Plaintiffs

Dated: April 24, 2009    ANGELO, KILDAY & KILDUFF

*/s/  Bruce A. Kilday*
By:_____
BRUCE A. KILDAY
Attorney for Defendant,
DAVIS JOINT UNIFIED SCHOOL DISTRICT

**ORDER**

IT IS SO ORDERED.

DATED: April 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE